IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

SEP 12 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-01799

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

U. S. DISTRICT COURT JUDGE ZITA L. WEINSHIENK,
U. S. DISTRICT COURT JUDGE WILEY Y. DANIEL,
JOE ORTIZ,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
KEVIN MILYARD,
GARY GOLDER,
MS. CAROL SOARES,
MS. JOAN M. SCHOEMAKER,
JAMES E. ABBOTT,
LIEUTENANT KENNETH TOPLISS,
LIEUTENANT ROBERT FAZZINO,
SERGEANT CARL WEBB,
SERGEANT DENNIS RIVERA,
CORRECTIONAL OFFICER MS. MANUELA CURRY,
CORRECTIONAL OFFICER MS. HOYT WILLIAMS,
SUPERVISOR V. BROWN,
CORRECTIONAL OFFICER JOSEPH MUNOZ, and
LEGAL ASSISTANT AND LAW LIBRARY SUPERVISOR DANIEL END,

    Defendants.

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

Plaintiff Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado Territorial

Correctional Facility in Cañon City, Colorado. Mr. Green has submitted to the Court *pro se* a letter to the clerk of the Court, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a certified copy of his trust fund account statement. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. For the reasons stated below, the action will be dismissed.

Mr. Green has been enjoined permanently from filing any *pro se* civil complaints in this Court without first obtaining leave of Court to proceed *pro se*. *See* Modified Appendix B in **Green v. Price**, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed, as required by Modified Appendix B, to submit the required petition, an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that any pending motions are denied as moot. It is

FURTHER ORDERED that the clerk of the Court mail to Plaintiff Clovis Carl Green, Jr., together with a copy of this order, a copy of the August 28, 2006, receipt for his payment for a copy of Modified Appendix B, mailed to Mr. Green under separate

cover on August 29, 2006.  It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 11th day of September, 2006.

BY THE COURT:

_____
PHILLIP S. FIGA
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01799**

Clovis Carl Green
Prisoner No. 69277
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

I hereby certify that I have mailed a copy of the **ORDER and a copy of the reciept for the copy of Appendix B for $2.00** to the above-named individuals on 9-12-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk