**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01799-PSF

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

U. S. DISTRICT COURT JUDGE ZITA L. WEINSHIENK,
U. S. DISTRICT COURT JUDGE WILEY Y. DANIEL,
JOE ORTIZ,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
KEVIN MILYARD,
GARY GOLDER,
MS. CAROL SOARES,
MS. JOAN M. SCHOEMAKER,
JAMES E. ABBOTT,
LIEUTENANT KENNETH TOPLISS,
LIEUTENANT ROBERT FAZZINO,
SERGEANT CARL WEBB,
SERGEANT DENNIS RIVERA,
CORRECTIONAL OFFICER MS. MANUELA CURRY,
CORRECTIONAL OFFICER MS. HOYT WILLIAMS,
SUPERVISOR V. BROWN,
CORRECTIONAL OFFICER JOSEPH MUNOZ, and
LEGAL ASSISTANT AND LAW LIBRARY SUPERVISOR DANIEL END,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2006

GREGORY C. LANGHAM
CLERK

**MINUTE ORDER**

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on the "Petition Pursuant to Court Order Seeking Leave to File a Pro Se Action" and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 submitted *pro se* by Plaintiff Clovis Carl Green, Jr., and filed with the Court on September 11, 2006. In an order entered on September 11 and filed on September 12, 2006, the instant action was dismissed without prejudice

because Mr. Green failed to comply with the order enjoining him from filing *pro se* actions. These filings do not cure that failure. The § 1915 motion is DENIED as moot.

Dated: September 26, 2006

---

Copies of this Minute Order mailed on September 26, 2006, to the following:

Clovis Carl Green
Prisoner No. 69277
CTCF
PO Box 1010
Cañon City, CO 81215-1010

_____
Secretary/Deputy Clerk